IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| VICTOR MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD,<br><br>    Defendant. | 2:24-CV-4-Z |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders and for want of prosecution.

The Court renders judgment accordingly.

June 5, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE